~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

PHILIP EDWARD PAPE,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:08-CV-00090-BES-VPC**

NAGESHWARA GULLAPALLI, M.D.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the United States' Motion for Summary Judgment Regarding Certification (#6) is GRANTED. This case is remanded to the Second Judicial District Court in Washoe County, Nevada.

  February 13, 2009                             **LANCE S. WILSON**
                                                                                      Clerk

                                                                                       /s/ P. McDonald
                                                                                     Deputy Clerk